UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OLD TOWN UTILITY & TECHNOLOGY PARK, LLC, RELENTLESS CAPITAL COMPANY, LLC, and SAMUEL EAKIN, ) ) ) ) Plaintiffs, ) ) v. ) ) MFGR, LLC and WILLIAM FIRESTONE, ) ) Defendants ) | Civil Action Docket No. _____ |

## NOTICE OF REMOVAL OF DEFENDANTS
## MFGR, LLC AND WILLIAM FIRESTONE

Pursuant to 28 U.S.C. § 1332(a), 1441(b), and 1446, Defendants MFGR, LLC ("MFGR") and William Firestone (collectively "Defendants"), hereby remove the action entitled *Old Town Utility & Technology Park, LLC, et al. v. MFGR, LLC, et al.*, Superior Court of Maine, County of Cumberland (the "Action"), to the United States District Court for the District of Maine, on the following grounds:

1.    <u>Removal is Timely</u>.  In August 2017, the Defendants received a copy of the initial pleading setting forth the claim for relief upon which the Action is based. The Complaint was filed on July 31, 2017.  As of this filing, the Defendants have not yet been served with the Complaint or Summons.  Accordingly, the Defendants have timely filed this Notice of Removal. *See Novak v. Bank of New York Mellon Trust Co.*, 783 F.3d 910, 913 (1st Cir. 2015) (holding that a defendant may file a notice of removal before receiving formal service); *see also* 28 U.S.C. § 1446(b).  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings are attached as Exhibit A.

2.    <u>Diversity of Citizenship</u>.  This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a). The Action is removable to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  The parties to the Action are citizens of different states.  Plaintiff Old Town Utility & Technology Park, LLC ("OTU") is a limited liability whose sole remaining member, upon information and belief, is Plaintiff Relentless Capital, LLC.  Upon information and belief, the sole member of Plaintiff Relentless Capital, LLC, a limited liability company, is Plaintiff Samuel Eakin, a resident and citizen of Maine.  (*See* Compl. ¶ 2.)  Defendant William

Firestone is a resident and citizen of the State of Massachusetts. Defendant MFGR, LLC is a limited liability company whose members are: Capital Recovery Group, LLC; Gordon Brothers Commercial and Industrial, LLC; Rabin Worldwide, Inc.; and PPL Group, LLC. Capital Recovery Group, LLC is a limited liability company whose sole member is an individual who is a resident and citizen of Massachusetts. Gordon Brothers Commercial and Industrial, LLC is a limited liability company whose members are citizens of Massachusetts. Rabin Worldwide, Inc. is a California corporation with a principal place of business in Mill Valley, California. PPL Group, LLC is a limited liability company whose members are individual residents and citizens of Illinois, and a limited liability company whose sole member(s) is an individual resident and citizen of Illinois.

3.    <u>Amount in Controversy Exceeds $75,000</u>. Additionally, the matter in controversy exceeds the sum of $75,000. In the Complaint, the Plaintiffs seek, among other relief, specific performance of an alleged agreement regarding the purchase and sale of certain property for $10 million. (*See* Compl. ¶¶ 32-34, 102-109.)

4.    <u>No Other Defendant's Consent is Required for Removal</u>. MFGR and Mr. Firestone are the only named defendants in this Action, therefore, no other entity's consent is required for removal. Accordingly, the Action is properly removed pursuant to 28 U.S.C. § 1446(a) & (b).

5.    This Court is the proper district court for removal because the Superior Court of the State of Maine for the County of Cumberland is located within the United States District Court for the District of Maine. *See* 28 U.S.C. § 1441 (a).

6.    A copy of this Notice of Removal is being filed with the Superior Court for the State of Maine for the County of Cumberland and concurrently served on the Plaintiffs.

Dated: September 1, 2017

Respectfully submitted,

Daniel J. Mitchell
Meredith C. Eilers

BERNSTEIN SHUR
100 Middle Street
P.O. Box 9279
Portland, Maine 04104

2

(207) 228-7202
dmitchell@bernsteinshur.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above document with the Clerk of Court via the Court's new cases email address (newcases.portland@med.uscourts.gov) and sent a copy via U.S. first class mail to the Plaintiffs' counsel at his regular mailing address.

Dated: September 1, 2017

Daniel J. Mitchell