UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| OLD TOWN UTILITY & TECHNOLOGY PARK, LLC, RELENTLESS CAPITAL COMPANY, LLC, and SAMUEL EAKIN, | ) | |
| Plaintiffs, | ) | Civil Action |
| v. | ) | Docket No. 2:17-cv-342-JDL |
| MFGR, LLC and WILLIAM FIRESTONE, | ) | |
| Defendants | ) | |

I, Meredith C. Eilers, hereby respectfully request that the Court enter my appearance as counsel for Defendants MFGR, LLC and William Firestone in the above-captioned matter.

Dated: September 5, 2017

Respectfully submitted,

/s/ Meredith C. Eilers
Meredith C. Eilers

BERNSTEIN SHUR
100 Middle Street
P.O. Box 9279
Portland, Maine 04104
(207) 228-7202
meilers@bernsteinshur.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above I electronically filed this document with the Clerk of the Court using the CM/ECF system and sent a copy via electronic mail and U.S. first class mail to the Plaintiffs' counsel at his regular mailing address.

Dated: September 5, 2017

/s/ Meredith C. Eilers
Meredith C. Eilers