UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| OLD TOWN UTILITY & TECHNOLOGY PARK, LLC, RELENTLESS CAPITAL COMPANY, LLC, and SAMUEL EAKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MFGR, LLC and WILLIAM FIRESTONE,<br><br>Defendants | ) | Docket No. 2:17-cv-00342-JDL |

**NOTICE OF INTENT TO OPPOSE MOTION TO REMAND**

Pursuant to this Court's Order (Doc. No. 14), Defendants MFGR, LLC and William Firestone hereby notify the Court that they intend to file an opposition to the Plaintiffs' Motion to Remand (Doc. 18). By way of explanation, the Defendants state as follows:

1. On September 8, 2017, the Plaintiffs filed a First Amended Complaint with this Court (Doc. 17).[1] The First Amended Complaint adds two additional defendants: Old Town Holdings II, LLC and Joseph Everett Deschenes. The First Amended Complaint states that Mr. Deschenes is a resident of Maine and that Mr. Deschenes is the sole member of Old Town Holdings II, LLC. (*See* Doc. 17, ¶ 3.)

2. Insofar as the Motion to Remand (Doc. 18) asserts that there is no longer diversity of citizenship with respect to the addition of Mr. Deschenes, the Defendants do not intend to oppose remand.

---

[1] The First Amended Complaint (Doc. 17) bears the caption and case number associated with this action when it was pending in the Cumberland County Superior Court, rather than the caption and file number associated with the action presently before this Court, and is therefore not compliant with F.R. Civ. P 10(a). However, because the document was evidently accepted for filing via the ECF system, the Defendants will proceed as if it were properly filed.

3. However, to the extent that the Motion to Remand requests payment by the Defendants of costs and expenses related to removal, the Defendants will be filing an opposition by noon on September 13, 2017, pursuant to this Court's Order (Doc. 14).

Dated: September 11, 2017

Respectfully submitted,

/s/ Meredith C. Eilers
Daniel J. Mitchell
Meredith C. Eilers

BERNSTEIN SHUR
100 Middle Street
P.O. Box 9279
Portland, Maine 04104
(207) 228-7202
meilers@bernsteinshur.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above I electronically filed this document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record.

/s/ Meredith C. Eilers
Meredith C. Eilers